PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Offender: Nasheed Jackson                                                                                      Cr.: 21-00184-001
                                                                                                                                              PACTS #: 6526971

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/22/2021

Original Offense:    Count One: Conspiracy to Commit Bank Fraud- 18 U.S.C. § 1344 and 1349

Original Sentence: 24 months; imprisonment, 60 months; supervised release

Special Conditions: Drug Testing and Treatment; Financial Disclosure; Mental Health Treatment; New Debt Restrictions; Life Skills/Education; Motor Vehicle Compliance; Supporting Dependents

Type of Supervision: Supervised Release                              Date Supervision Commenced: 08/13/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance.'** |
| | On August 16, 2021, Jackson tested positive for the use of marijuana. Jackson admitted he used marijuana on August 12, 2021 and signed an admission of drug use form. |

U.S. Probation Officer Action:

The individual under supervision is currently in state custody serving a sentence for a conviction that predates current term of supervised release. It is anticipated he will be released in August 2023. Upon his release, the probation office will closely monitor Jackson's use of substances, and he will be tested regularly. Should the individual under supervision continue to test positive for the use of illicit substances, he will be referred for treatment, and the Court will be notified accordingly.

Prob 12A – page 2
Nasheed Jackson

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By: MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

*Elisa Martinez*     9/21/21

ELISA MARTINEZ              Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

September 23, 2021
Date